UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN 3 1 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. S1-4:92CR157-DJS |
| | ) | |
| JIMMIE D. KITTERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court is in receipt of a letter from defendant, acting pro se, which is dated January 24, 2000 and was received on January 26, 2000.  A number of attachments are submitted with the letter.  Because defendant is represented by appointed counsel, the Court will require that communications with the Court be through defendant's counsel.  Furthermore, it does not appear from the materials submitted that all were served on both counsel of record.

Insofar as the letter addresses logistical details of defendant's supervision and his referral for residential or in-patient drug treatment, such concerns should be directed to the probation officer, with whom reasonable solutions to legitimate concerns should be possible.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall provide both counsel of record and the Probation Office with a copy of defendant's pro se letter dated January 24, 2000, and all


#7

attachments thereto, received by the Court on January 26, 2000.
The Court shall take no further action on the letter.

Dated this ___31st___ day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

S1-4:92CR157-DJS

Rec'd
1/26/00

Jimmie D. Kitterman
1141 Birdie Hills Rd.
St. Peters, Mo. 63376

RE: Modification hearing of Supervised
    Release, date 1-20-2000
    W/ Mr. Timothy Scharr

1-24-2000
**FILED**

JAN 2 6 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Donald Stohr

Sir,

   I have sent information regarding my present medical
concerns and a letter that I have sent to Mr. Scharr.  I
realize that it is extremely rough, however, it is the best
I can do at the moment considering my present conditions.
I did telephone my newly appointed Attorney, Mr. Ringwald,
who did not seem to know if I had any recourse regarding
your ruling.  He simply did not know if there was anything
we could do.
   I am requesting that my forced treatment at SEMO be delayed
until I can follow the instructions of James F. Cooper, M.D.,
F.A.C.S., Sam L. Page, M.D. with Depaul Pain Management Services,
Doctors Martin and Cooley, M.D., Cardiologists, and what
ever physical therapist and Psychiatrist Cooper and Page
deem necessary.  I have seen Dr. Cooper on four visits at his
office, Dr. Bigg, Urologist.  I have recently had exrays,
C.A.T. scans, and M.R.I. and most recently, 1-21-00, Dr. Page
at Depaul, who is in consultation with the other Clinicians
to work out a definate  plan of ongoing treatment with a return
appointment of Feb. 4, 2000.  I have been placed on two new
medications by Dr. Page, Vioxx, 25 Mg. and Neurontin 300 Mg..
I must continue blood pressure and heart medications.  I will
not  take any more alternatives, even though legal, nothing
other than what these professionals prescribe if allowed to
continue until they can get me stable enough to endure what
ever I have in store at SEMO.  I do not believe that facility
can accomodate my medical needs and have no idea if Mr. Scharr
has made them aware.
   As you can see, my medical issues are complex and I certainly
have not procrastinated in seeking help.  As soon as I was re-
leased from the B.O.P., I went as fast as I could to my
primary care Physician, Dr. Cooper, who attended me for all
the years of my Police career. I suffered years of medical
neglect/malpractice or limited resourses while confined in
the Federal Bureau of prisons.  I am not attempting to make
an issue of that, I am only attemping to get proper medical
aid at this time.  Please allow me to do that, I don't know
how much more pain and suffering I can indure. Please.
   My current surroundings are not perfect, but I am in a
Christian household of my daughter, her husband, and four
children.  They are hard working people, with their own med-
ical issues.  Some would consider them to be a little fanatic-
al in their Christian beliefs.  They believe in speaking in

tongues, hands on healing, etc.. They regularly attend wor-
ship services, prayer meetings, sunday school and insist
that I accompany them, which I do most of the time, when
I am able. We are constantly in each others prayers and
they along with other church members have placed hands on
me and spoken in tongues.  This maybe as foreign to you as
it is to me, but I really don't think it is bad and it
cerainly is helping me with some of my ailments, but not
entirely.  Maybe my faith is too weak.  Some say that I am
suffering post tramatic stress along with all the other boni-
fide verifiable medical concerns. I am needed here, not just
because they tell me so, I know it in my heart and conscience.
     Your Honor, even though I was unable to proove to you
that I did not ingest anything that I was not suppose to
almost three months ago.  Yes three months ago, all of my
urinanalysises since, approximately twelve of them have been
negative of any substance I am not allowed to have.  Mr.
Kenneth Tihen did establish at the hearing that I am not
a Chemist, there were certain cold, sinus, flu remedies
with  ingredients that suspect may have caused a false pos-
itive.  Since they are suspect, I have discontinued taking
those and have not been positive since.  If I had more energy,
better resourses, professionals and more money for a more
experienced Attorney and an investigator, I think that I could
proove to you my innocence.  If I knew what kind of testing
Pharm Chem used or if they would even answer my letters, I
could show you that initial test has a fail rate of up to
thirty percent and routinely when it shows positive, if
instructed to do so by the powers that be, they will and should
do a confirmation test by gaschromogrophy.  I have no idea
what they did since I have been kept in total darkness, not
even shown any Lab. sheets or any other form of documentaton.
I am not implying that someone is deliberately victimizing
me, I am only saying that it is near impossible to prove
a negative with nothing to work with.
     I swore in your court room to tell the truth and I did.  I'm
not sure if anyone ever asked, but I swear to you on any and
everything that is holy, near and dear to me, that I did not
ingest knowingly, the substance that the unknown testing re-
vealed, to have done so would have been suicidal considering
my heart and hypertensive condition.  It is common knowledge
that there is only one reason why anyone does any kind of drug,
be it over the counter, prescribed, alcohol or tobacco, and
that is to feel good.  And to take what the test revealed would
have made me deathly ill and may have caused a heart attack or
stroke.
     Please save that space at SEMO fo someone who needs it and
allow me to continue with the medical I need, all the while
making my weekly visits to DART, I have not missed one, to
continue submitting to urine testing.

Page 3

I suspect that my arrogance, attitude, and demeanor had a great deal to do with your decision at the hearing, I hope that I am wrong.  I was in excrutiating pain in my lower back, was in a deep depression, was at the point of near panic anxiety, had fever and flu like symptoms.  We were not prepared.  I had just met my newly appointed Attorney for not more than thirty minutes in his office.  I suppose in the Court's eyes, he was effective.  In mine simply not experienced, a nice person, he just did not seem to understand any more than I did.

I do sincerely apologize for my inappropriate behavior, I would pray that you would try to empathize.  I do believe that I asked the court to postpone or continue the hearing from the beginning.  I believe that I was ignored.  I probably was not in proper form.

I know this is poorly done.  I feel a need to send copies to the persons listed onMr. Scharr's letter in hopes that someone will understand what I am attempting to ask.

Mr.Ringwald asked me while I was on the stand what I really wanted to do.  I did not understand fully what he was asking.  After thinking about the question since, I think I know what he was asking.  I made comments in his office that the Assistant U.S. Attorney had filed a motion to modify the conditions of my supervised release.  I suggested maybe he could do the same, to allow me to move to Mexico where I could afford the medications that I need, which are a fraction of the cost, and be able to take the medications according to my medical practitioners orders without governmental/ criminal justice being involved in my medical issues or any other country for that matter.  I don't know of any other country that does that.  Then I made a comment that the death penalty, if it were timely rather than drug out over years, would be better than constant harrassment.  I don't know if he was sincere in asking that or was attempting to make fun of me along with Mr. Tihen, who seemed to be enjoying humiliating me, kind of like making fun of the disadvantaged.

The Social Security Administration told me there was no doubt that I was totally disabled, however, I make too much money.  $933.00 pension from the St. Louis Metropolitan Police Department.

Sincerely,

Mr. Timothy M. Scharr
Senior U.S. Probation Officer
200 U.S Court & Custom House
1114 Market Street
St. Louis, Mo.  63101-2071                    Jan. 22, 2000


Dear Mr. Scharr,

     Will you please reconsider sending me to the half way house
for drug rehabilitation?  I will attempt to expain why there
is no need for more drug counseling.  You are aware that I am
in a deep depression, which causes confussion, disorientation,
lack of concentration, etc..  I am in excrutiating pain in
my lower back, shooting up and down the back and thighs.  I
have been in this condition for as long as I can remember. I
think that you could realize how that might affect ones temp-
erment and mood.  I am fully cognizant that my credibility is
in question. If a person suspected of having a drug problem
says that they don't and/or they do not need help, they are
in denial, right.  How about the person that really does not
have a problem.  There is very little evidence that I do and
I think you realize that.
     In my clumbsy attempt to show you and the court that your
urinanalysis testing is flawed, believe that I did. You do
know that I was prescribed Marinol, which I took for sixty
days and according to the  P.D.R., it stays in the system for
over five weeks, which means that my system would have been
"dirty" for at least ninty days.  I was tested by furnishing
a urine specimen at DART at least twelve times and only seven
of those tests showed positive for THC.
     I have been told that there are a number of over the counter
cold, sinus, and flu remedies and any prescribed medication with
codien might cause a false positive for Amphetamine or Meth-
Amphetamine might cause a positive.  That information came from
professionals.  As a matter of fact an elderly lady, who I be-
lieve is a State P.O., I believe her name is Ms. White, while
I was waiting at DART to be tested, told me that she thinks
that the test has about a thirty percent fail rate.  I have
also been told that when the initial testing shows a positive
of any type, a confirmation testing by gaschromogrophy is re-
quired.  I do not believe that was ever done in my case.  Of
course I am told very little by you or anyone else about my
situation. It has been my experience that any time any thing
is secretive and hidden in the dark, there is something wrong
with it.  I have written to your Lab. Pharm Chem about the
testing, of course they will not even respond.  I have asked
at least five people on staff at DART about the testing and
they say that they only collect specimens, they don't know
anything about it.  I do know something about it only because
I have been forced into it by your system.  I asked my newly
appointed Attorney, Mr.Ringwald to first ask for a continuance

at the hearing Thursday, 1-20-2000, because we were not pre-
pared at all.  I had only met him in his office for about thirty
minutes.  My physical and mental state was drastically deminish-
ed, we had no documentation from any expert, chemist, Phyician,
Pharmacist, nothing from Pharm Chem regarding the method, acc-
uracy, or reliability of their testing procedure..  I then asked
Mr. Ringwald to question or challenge the chain  of custody
from DART to the Lab. (Pharm Chem.), I believe in Calif., the
credentials and qualifications of the testers at DART.
It was and still is my belief that the court should have been
made aware of my bonifide, verifiable medical concerns, both
physical and mental, which you, and both my counselors at DART
were furnished a copy of by me.  You were all aware that I was
taking numerous medications that had been prescribed by various
Clinicians working for the Federal Bureau of Prisons.  I had
told you all of my desperation to find medications for my various
pains, both psycological and physical.
I believe Mr. Milford Eaves of DART, "hit the nail on the head",
as you read from the stand at the hearing, I was "DRUG SEEKING".
Well, I did find the one that helped some, Marinol, however, you
have forbidden me to take that medication, and I can understand
your position.  I did stop when you told me to, even though, as
I told you, "I'm right back where I started", suffering again.
I have told you, both Counselors at DART, sworn before Honorable
Donald Stohr and the entire court that I did not knowingly, will-
ingly or in any manner do any Ampetimines or MethAmphetimines.
To do so for me would have been like playing Russian Roulet.  To
be redundant, I can't even tolerate caffine.  Since I am being
redundant, you know that I suffer hypertension, anxiety, and
panic anxiety.  There is only one reason why anyone does any kind
of drug, whether its over the counter, prescribed or through the
black market,(illicit) and that is to feel good, and any stimulant
drug would make me so sick I could not stand it and chances are
it would cause me to have another heart attack or stroke.  I know
of many less painful ways to commit suicide.  Even though things
do seem pretty hopeless to me right know, I would not end it that
way.  Again, I am very aware that I have no credibility with you
or the court since I am convicted of a "Marijuana" "crime" or is
it "Marihuana".  I believe the Supreme Court, according to notes
found after the death of Justice Thurgood Marshall's death, in-
dicated that the correct spelling of the uphonious word would be
with  a j instead of an h.
    Mr. Scharr, I am willing to take a polygraph examination, wear
a patch or anything else you deem appropriate to proove to you
that I am not ingesting anything that DEA, Parole-Probation or
anyone else in the Legal Justice Department dictates that I can
not have, even though it may be legally prescribed by a reputable
Clincian, as was the case with Marinol.  I have stopped taking all
medications, over the counter, alternatives, natural, food supp-
liments, vitimins, and prescription, except for the ones that I
will name in the following paragraph.  There should never be anoth-
er positive urinanalysis. You do realize that the last positve
for anything was over three months ago, Oct. 25, 1999.  I have
been tested about twelve time since I stopped all legal alternat-
ives, over the counter and precribed that I suspected gave the
false readings.

I told the court at the hearing that I was scheduled for an
appointment at the Depaul Pain management clinic. I was referred
there by James F. Cooper, M.D., F.A.C.S. of 300 So. Grand, who
is my primary care Physician. I kept my appointment the day
after the hearing, Fri. 1-21-2000, at Depaul Management Services.
I was given a thourough examination, like none I had ever re-
ceived in the Federal Bureau of Prisons, by Sam L. Page, M.D..
This visit was pursuant to exrays, M.R.I. and C.A.T. scan, all
ordered by Dr. Cooper and Dr. Bigg, M.D. Urologist. I asked
Dr. Page about Marinol and he said that it would not be worth
the agrivation. I assumed he was refering to the position of
the U.S. Government drug policies. Nevertheless, he prescrib-
ed new medications Vioxx, 25 Mg. by Merck and Neurontin 300 Mg.
by Parke-Davis for the chronic pain of the lower back. He
stated that he would be in consultation with Dr. Cooper regard-
ing the overall combination of medical concerns, which are
very complex. He believes since none of the Tri-cyclic anti
depressants nor any of the Selective Seratonin Reuptake inhib-
itors, nor dopamine reuptake inhibitors have worked for me that
it may be possible that I need E.C.T. electro convulsive ther-
apy, however, he said that would be up to a qualified Psychi-
atrist, which he feels needs to be involved in my case.
This is only the second day since I have been taking the new
medications, but so far it seems to be helping the nagging,
some times excrutiating pain of the lower back. It is much
to soon to tell, however, since I have not been out of bed
since arriving home from Depaul hospital that afternoon, and
that is the only time when my back doesn't hurt is when I'm
lying down. Part of the examination in his office was a routine
blood pressure test, which revealed mine to be 174/110,
which is at the heart attack/stroke danger level. He instructed
me to go to the emergency room of Depaul hospital as I was
leaving, which I did. I know that the anxiety of the hearing,
which I considered to be unfair, unreasonable and much to
brief to determine all of the real facts, drove my blood press-
ure up and caused me to go even deeper into depression.
Dr. Page asked me what I was willing and prepared to do to
help relieve myself of all of this physical and psychological
pain and I told him, "what ever it takes". Of course I did
not mention the Federal Governments Legal Justice Department
being involved in my medical issues, nor about you sending
me to some half way house that you won't even tell me where
its located or what to expect as far as treatment. Although
I have a good general idea. That is why I told the Judge that
it didn't matter whether he sent me to prison again or to the
half way house, they are very similar to me. And I do believe
that it is in the name of punishment only even though the Hon.
Don Stohr told me that It was not. He has been to niether and
I have. As you know I of my own volition took 500 hours of
residential drug abuse treatment, nine months, at F.M.C. Roch-
ester, Mn.. I was forced to attend N.A.. A.A. meetings for
years. I have been urinating in a receptical in the presence
of at least fifty different

prison guards, Dismas house and DART staff, at all hours of the
night and day, over the past eight years.  There were just as many
drugs in prison as there are out here in what is referred to in
prison jargon as the "free world" and of course there are many
more reasons there to attempt to ease the pain.  I never tested
positive there in all those years, but out here I have had more
access to cold, sius, and cold remedies, plus the prescribing
of different medications.

I am finally making some progress medically and I am finally
getting to know my family, children, grand children, some of
whom  I had never seen before.  Please don't seperate us again.
Judge Stohr said that my removal from my family to be placed in
the half way house was not considered punishment.  Everyone of
my family think that it is not only punishment to me but also
a punishment to them as well.  Even though my role in society
is insignificant at this time, I am contributing and the ones
dependant on me feel that I am very important to their lives.

You do know that I am living with one of my daughters, her
husband, and their four children.  I am very much involved in
their every day lives and to them, my being here is very, very
important.  I can not be replaced as a father and grand father.
You are aware that this invironment is very wholesome and healthy
for me.  These people are devout Christians, who incourage me to
attend worship services with them in their church, which I do.
I told you one day that I was going to answer an ad in the paper
to sell my blood plasma for money that I needed to purchase gas,
make car payments and pay for car insurance in order to drive
the seventy mile round trip to DART and to your office four to
five times every month.  Instead, when the Red Cross asked for
donors durring the recent shortage of especially O Neg. type, I
donated twice.  I am still a member of the Red Crosses gallon
club as a result of all my donations prior to being imprissoned.

Dr. Page indicated that I need intense physical therapy,
the proper medications, and to have a good Psychiatrist invol-
ved in my treatment.  He gave me an appointment for Feb. 4,
2000, at 10:00 A.M..  In the mean time he will consult with Dr.
Cooper and arrange for testing with a Cardiologist and Psychi-
atrist.

I did receive your letter dated Jan. 20, 2000 on Jan. 22,
2000, ordering me to SEMO, address unknown by me.  I did call
your office as instructed and notified you on your voice mail.
Please inform SEMO of my medical needs.  I could never sleep
on a top bunk, and always had to be on the first floor while
in  the Federal Bureau of Prisons by numerous Doctors orders.
The first time that I was sent to Dismas House I was placed
on the third floor, the only one for Federal prisoners, on
the top bunk with no sheets, covers, or pillow the first night
because they had none.  The third or fourth night I rolled off
the top bunk onto the floor knocking myself unconscious.  My
new room mate ran down the three flights of stairs and notified
Staff, who called an ambulance.  Fortunately I suffered only
minor head and leg injuries.  Even though you have not told
me anything about SEMO, not even where they are located, I
do not believe they can provide the Medical support that I
need, however, I do understand that I have no choice in the
matter and I still do not understand how it is not more pun-

ishment for something that I did not do.  And no matter what
anyone may say, the burden of proof was definately on me to
proove that I did not ingest any Methamphetamine and amphet-
imine on Oct. 21 and Oct. 25, 1999.  If I had knowingly done
so, it is common knowledge that substance is flushed from
the body in 72 hours.  The 21st was my usual Thursday DART
meeting and drop as it has been since my release in July.
Even though, according to the B.O.P. central file I do suffer
menal illness, I am not totally ignorant nor stupid.  And
as Mr. Kenneth Tehin pointed out with obvious enjoyment,
with a smile, I am not a chemist nor pharmicist.  But I
do know that one would get the same effect from either Meth-
amphetamine or amphetamine.  Why would anyone do both at the
same time. I also know, although I could not prove to you
that I had three Micardial Infarcions while in you Federal
Bureau of Prisons, and to ingest that substance knowingly
and/of purposely, would be a definate attempt at suicide
for me and even though I have had passing thougts in that re-
gard rather than be punished by your system, sometimes more
than I can bare, I have not decided to end it all.  Instead
I am seeking and I think that I have found the proper med-
ical channels.  Please allow me to access them without your
interference.  You have already caused me to stop suddenly
one psycoactive substance without any tappering off, which
may be part of the reason I am in such a deep state of de-
pression now.  I am roughly drafting this about fifteen min-
utes at a time.  I am only six feet away from my bed, where
I have been since leaving Dr.Page's office, then to Depaul
emergency room.

   I do realize that it is a long drive out here, but if
you would only come out and talk to my family that I am
living with and to the neighbors, you will learn that I hard-
ly ever leave here unless its to drive down to your office,
to DART, 4000 Laclede, or to the Doctors, church, prayer
meeting, to pickup one of my grand children from school or
to attend one of their school fuctions.  This family will
not lie for me and there is no one who could possibly tell
you that they have ever suspected that I was doing any illicit
drugs or even drinking an alcoholic beverage of any type.
Although I can not deny that I am, and it seems like hope-
lessly addicted to one of the two most deadly drugs of all,
even though legal, tobacco.  I have smoked for about forty
years and have attempted to stop numerous times without
success.  And to this date have never found any kind of gov-
ernment assistance in that regard either in the Federal Bureau
of prisons, nor anywhere else, regardless of the multi billion
dollar settlements by the various governmental agencies.

cc Hon. Donald Stohr
cc James F. Cooper, M.D.
cc Sam L. Page, M.D.
cc Daniel L. Ringwald, Attorney
cc Bill McClellan, Post Dispatch
cc John Danforth and Richard Gebhardt, Congressmen

1 of 3

U.S. Department of Justice
Federal Bureau of Prisons                          May 17, 1999

## HEALTH SERVICES

MEDICAL
Transfer Summary,

Mr. Jimmie Don Kitterman's, B.O.P. Reg. No: 22922-044, four
volumes, over one thousand pages of Medical records, containing
medical conditions that he is being treated for. The records
also indicate his personal medical history, family history,
and the medications that he is now taking for the various con-
ditions, as follows;

**Mental Illness, Bi-Polar Disorder, (Manic depression, anxiety,
panic anxiety).** Zoloft, 100 Mg. daily, Wellbutrin, 100 Mg.
daily, Busbar, 3X10 Mg. daily.

Congestive Heart Failure, (C.H.F.), Furesimide, (Lasex) 40 Mg.
daily.

Beniegn Prostetic Hypertrophy, (B.P.H.), Doxazosin, 2 Mg. daily.

Chronic Back Pain and occassional various joint pain, result-
ing from degenerative Osteoarthritis, Proxicam, 20 Mg. daily.

Borderline Glocoma, excessive eye pressure, increases and de-
creases periodically, currently 25/26, no medication at this
time.

Hypertension, (Chronic High Blood pressure), Lisinipril, 15 Mg.
daily.

Elivated Triglyceride levels, Gemfibrizil, 2X 600 Mg. daily.

Sinus infection, Pharengitis, Amoxicilin, 3 X 500 Mg. daily,
C.T.M., 12 Mg. daily.

continued

HEALTH SERVICES                    5-17-99

Kitterman, 22922-044

PERSONAL HISTORY:

History of numerous, various bone fractures, Gastric ulser disease, Kidney stone disease, Micardial Infarctions, (M.I.s) X 3, Pectorial Angina, Nitro-Stat as needed. Diverticulosis, no treatment, interior and exterior Hemorrhoids, tested positive for Tuberculosis first time 1995, underwent six month antibiotic regimin, tested positive for Hepititis B Antigens, 1995, both at F.C.I. Englewood, Littleton, Co. Cardio Pulminary test revealed the lungs of a 76 year old man, recommended smoking cessation to improve breathing 23 percent, no treatment available in the Federal Bureau of Prisons. Septal reconstruction and tonsillectomy.

FAMILY HISTORY:

Lung cancer and other cancers, Father and four of his brothers died of lung cancer. Hypertension, Congestive Heart failure, Mother died of in 1993. Obesity, Kidney Stones, Thyroidectomy, sister.

Mr. Kitterman is currently under the care of A. Lozono, M.D., Psychiatrist, Victoria Bozzanga, PsyChologist. As a result of his mental condition, he suffers, among other things, disorientation, confussion, lack of attention span, lacks comprehension, memory, recall, anxiety, and panic anxiety. Mr. Kitterman was first diagnosed suffering from a Bi-Polar Disorder in 1992 by Dr. Galionis, M.D., Chief Psychiatrist at FMC Springfield, Mo., also treated by Dr. Bowles, Psychologist, at that facility. He has since been treated by approximately eight different Psychiatrist and as many Psychologist, all of the Federal Bureau of Prisons, at FMC Springfield, Mo., FCI Englewood, Littleton, Co., FMC Rochester, Rochester, Mn., and FCI Pekin, Pekin, Il.. Mr.

continued

3 of 3

HEALTH SERVICES                5-17-99

Kitterman, 22922-044

Kitterman has been treated with selective Seratonin re uptake
inhibitors, starting with Prozak, Paxil, now Zoloft.  With
selective Dopamine re uptake inhibitor Wellbutrin, which he
has begun taking again two weeks ago.  He has been treated
with a number of Tricyclic anti depressants.  He has been
treated with a myriad of anti anxiety medications, Diaxapams,
Diazaphines, including, Valium, Adovan, Xanex, Halsion, Thora-
zin, Haldol, and currently Buspirone, (Busbar).

Mr. Kitterman was medically unassigned permanently at Federal
Medical Facility Springfield, and at Federal Correctional
Institution Englewood for approximately four and a half years and
at Medical Facility Rochester, he had medical resrtictions as
follows:  no stooping or bending, no prolonged standing or
sitting, no lifting over 20 pounds, the same at FCI Pekin with
one difference, no lifting over 5 pounds.

Mr. Kitterman suffers one addiction, Nicotine.  He has smoked
cigarettes since 1959, approximately forty years.  The Feder-
al Bureau of Prisons offers no stop smoking aids of any kind
except an occassional smoking cessation class, which he has
been unable to attend at FCI Pekin, for lack of space. He was
given approximately fourteen hours in a smoking cessation class
at FMC Rochester, however, has been unable to quit smoking after
numerous attempts.

end

Jimmie D. Kitterman
1141 Birdie Hills Rd.
St. Peters, Mo. 63376


Mr. Timothy M. Scharr                        Jan. 15, 2000
Senior U.S. Probation Officer


Dear Mr. Scharr,


    Attached you will find a rough draft of all the prescribed
medications with pertinent information that I have previously
furnished to you and my two Counselors at DART.  I furnished
this information on our first meeting several months ago.  I
have also included everything that I can recall since being
released from prison except for food and drink.
    You did instruct me to list them all in order, each and every
time  I took ant one of them.  You ordered me in your office
on a Friday afternoon at about 3:00 P.M., after I hand carryed
every container to you after I had done the same at DART.  My
Counselor, Chamine, of DART Staff was understanding of my demin-
ished capacity and without any complaint listed each and every
one into the record which you have full access to.  I explained
to you that I did not keep a log of every time I take a supp-
lement or pain, cold, sinus, flu remedy.  I don't believe
I could list them all, each date and time even if I were not
in the poor mental state that I'm in.  Partialy thanks to you
since you became involved in my medical issues by, in certain
terms, to suddenly stop taking the psycoactive medication Marinol
suddenly without tapering off.  I don't know at this point how
much damage you have done.  But believe me, I do recognize your
position.  You instructed me to make that list immediately
that Friday evening and Fax it to you.  You made the sarcastic
comment, "I know you don't have anything else to do."  You
further told me that you wanted to hurry, so you could have my
hearing prior to or during the holidays.  I believe your orders
were unreasonable, capricious, and malicious.  I believe you
are deliberately attempting to injure me for reasons unknown to
me.  You are aware of my poor mental and physical state and
You are aware of the confussion, disorientation, and lack of
memory I have as a result of depression and anxiety.  You have
caused me anxst, trepidation, loss of sleep, extreme worry,
more depression and anxiety.  You have caused me injury and more.
You have forced me to purchase a vehicle to drive a seventy mile
round trip to your office and to drive the same mileage at
least for times a month to DART, 4000 Laclede.  If for any reason
I am late or can not get there, I am a "NO SHOW", which could
send me back to prison.  You are aware that the first car I
purched in a hurry to meet your deadlines, overheated in route
to your office on highway 40.  I may have pushed it too hard
out of fear of being violated.  And as a result did thousands
of dollars worth of damage to the engine.  Not being able to

afford to repair that engine and still being pressed to meet
your appointments and deadlines, I purchased a second car on
credit, which has put me in such a financial bind, I have not
had the money to pay for some of my prescribed medications
such as Lisinipril to control my blood pressure, I have been
forced to go without food on some occassions in order to pay
all the accompanying expences, that go with owning a vehicle,
such as insurance, licenses, sales taxes, property taxes, gas-
oline, oil changes, repairs, etc.. I have not missed, nor
have I ever been late to any meetings required by you.
    In the petition for summons for offender under super-
vison, that you submitted to the sentencing court and to the
U.S. Attorney's office, you say that I have tested positive
for "Marijuana" on several occassions, giving the impression
that I am blatently smoking a prohibited substance.   You
are misleading them all by not elaborating that I have been
prescribed a legal medication, approved by FDA, called MArinol,
which will show positive for Tetrahydrocanabinal in a urine test.
Actually the medication Marinol contains synthetic dranabinol.
The high tech very selective testing equipment at Pharm Chem
does not even show accurately that it is what it really is.
You say in all of your proper and correct reports that I showed
positive for "Marijuana".  I have seen just a glimpse of DART'S
reports and it does not say "Marijuana", it says THC.  When
I asked to see a laboratory sheet that shows me positive fo
THC, you refused and you said "your were positive because I
said so, take my word for it."  Even though you nor anyone
else at DART will show me anything regarding my testing, I
know that not one of them will ever state that I was positive
for "marijuana".  Even though you have shown me time and time
again that you are in control and I am suppose to jump through
your hoops, I have been.  I just want you and anyone else who
reads this to know that you apparently feel that it is your
job to further punish me by misleading whomever reads your
reports to make it look like I am a hopeless addict.  I know,
you know and anyone else who knows me , knows that the only
drug problem I have is the same one that government figures
show kill over 500,000 people evey year in this country alone,
not to mention the other 53,000 from second hand smoke.  I
have read estimates of around 10 million deaths world wide
every year from smokining that legal subsance.  I have just
completed serving a full seven years for the most theraputic
natural substance known to man and the number of deaths record-
ed  is 0 in the history of this world.  During my twenty year
career as a Police Officer, I never incountered one person
with a "Marijuana" problem and don't know any Policeman or
anyone else who does.. I was convicted of a "Crime" without
even one person coming forward to claim injury.  In the five
years or so that DEA had me targeted, in all the man hours
the Drug Task force, while spending unknown hundreds of thousand

of dollars of tax payers money, there was never found one person that was harmed, ever in my lifetime, by me or by anything that I had done.  The U.S. Attoirney's office exagerated the amount that I supposedly was responsible for grossly by information furnished by persons who had pending charges.  All were dropped for at least three people that I know of and my two co defendandants receiveived 18 and the other 27 months compaired to my 122 months, another 96 months supervised release, making a grand total of 18 + years, all for nothing in my possession.  All based on heresay from some unknown unsubstanciated source that the government was coercing, bribing, or otherwise paying for the best and/or worse they could possibly put on me.

Absolutely everything that I owned, the majority no way related to facilitating a drug crime and without a doubt was not  purchased with drug proceeds, was taken away from me and forfeited in a separate proceeding, without even letting me know what was going on.  I am told later that the items were  published in the USA Today, which I did not receive in Franklin County jail.  I was made to look like a drug king-pin, who organized, and managed five or more people.  Three of thoses named, I knew but had nothing to do with drug traficing and were never charged with anything.  I was selectively  prosecuted and was told in open court that I could receive up to life imprissonment for each of four counts.  The Court did not bother to tell me that was not true any more that the Federal guidelines were in effect.  My story is not at all bad compared to many others.

You still feel like it is your job to punish me further because my philisophical views are different from this Satanic, Corrupt government you work for.  It is no wonder there is such tight security at all of the Federal government facilities. I am informed by good sources that this government has spent in excess of thirty million dollars to eradicate the plant species in question here from the face of the planet, even though the people in eight different states have cast their vote to legalize the plant for medicinal perposes, this Federal government is still persecuting and prosecuting people in those states.

Yes, force me into treatment, which you know doesn't work, to include behavior modification in an attempt to convince me that I am mentally ill and that I am a victimizer instead of the powers that be.  I understand that is what this government is now offering Gulf war veterans, to convince them that they and their families are not sick and dying from some chemical poison, which, from all indications, did not come from any enemy, but from this wonderful government you work for.

The medication list you ordered is hereto attached.

Proxicam 20 - Anti-inflam - Pain  1X
Zoloft   <00    1X   SSRI  dep.
Buspar   10    3X    anx.
Wellbutrin - 00   1X   SDRI  dep.
Furosemide  40    1X   Lasix - Diuretic
Chlor-Maleate  12   2X   Dinar
Gemfibrozil  600   2X   Tri-Glycerate
Prinivil   5    1X - Hypertension

In Past = Prozac, Paxil, Adawn, All SSRI's.
+ Numerous Tricyclic's, diazepins, + + +
~~from~~ 8-5-99  to  10-8-99
from
MARINOL  5mg.   1X

#1   Ginko Biloba. 40 mg.   3X
     - Helps enhance Peripheral Circulation
#2   Ginseng - Korean white Root  2X2  560mg
     ~~Health~~  Health + Vitality - energy
#3   Valarean root   1LX3
#4   Echinacea w/ 300mg, Zinc + VC 120mg  2X2
     immune Sm
#5   Aleve, Naproxen sodum  220mg  1X per  Pain/fever
#6 Paxil  Ginseng Extract, 2X2 w/5% Ginsenoside
#7   Mature Balance, advanced multi
     Vitamin / multi mineral supp.  1X
#8   DHEA  25mg.  1X
     Dehydroepiandosterone
#9   Saw Palmetto  80mg.  2X2    BPH
     Liposterolic extract of

energy

#11   Melatonin 3 mg      1X
Helps establish normal sleep pattern

#12   Chromium Picolinate 200 mg.
Metabolism of Carbohydrates, Protein
+ fat

#13   Selenium 200 mcg.
Protects cells from free radicals
      Antioxidant

Tension Tamer
#14   St. John's Wort, Kava Kava + Chamomile

#15   GSI Glucosamine 500 mg + Chondroitin 200 mg.
2X2

#16   Inasital 600 mg.   1X2

#17   St. John's Wort 900 mg Xtra w/ Ginko Biloba,
Siberian Ginseng + Ginger
      assists in mood Enhancement

Tylenol Sinus, Non drowsy
w/ Pseudoephedrine + Acetaminophen

Excedrine Migraine

4 Way 12 hour nasal spray

#18  X strength Ephedrine HCh + Guaifenesin
Bronchodilator plus expecterant
asthma relief + helps breathing
500 5mg. HCh        400 mg.
#19  Glucosamine / Chondroitin Sulfate
Double strength
" The arthritis cure "

11-23-99  Celexa  20 mg.   1.X        30
Hydrocodone / APAP  5/500    80
(Vicodin)     1 ev. 4 hrs.
on as needed

Qurdis KT

Litartrate
DMAE   100 mg.
(2 dimethylaminoethanol)
Buspar   10 mg.   3 X
Melatonin   3 mg   (Helps establish
10mg. W/ B-6 (as Pyridoxine HCl  normal sleep patterns
63mg. W/ Calcium Carbonate)
Tylenol (arthritis) Ext relief
St. Johns Wort Xtra - 300
W/ Ginko Biloba, Siberian Ginseng + Ginger

METAB - O - LITE
Compare to Metabolife 356 but Caffeine free
Thermogenic formula to promote energy + diet

Chlor-Trimeton
allergy-D / Chlorpheniramine maleate 4mg

CONTRAILS, TITLE 50 U.S.C.
"Chemtrails"

Earth changes - Report-Matrix institute, Inc., Box 336,
Cesterfield, N.H.  83443.  William Thomas' latest paper
"Hospitals jammed as banned pesticides are sprayed from the
skies". http:// www. islandnet. com/ wilco/ Feb. 23, 1999.

Dr. Cole's testimony before U.S. Senate May 1994 concerning
U.S. Army...recognized "testing" of chemical & biological agents
since 1949 said the U.S. Army...recognized they could be caus-
ing disease & death".

Title 50 of the U.S, Code Section 1520 (a) Nov. 1997 allows
"tests" with "any micro-organism (including bacteria, viruses,
fungi, rickettsiac, or protozoa), patnogens, infectious sub-
stances.  ...that is capable of causing death, disease or other
biological malfunction in a human, animal, or plant, or another
living organism:  deterioration of food, water, equipment, sup-
plies, or materials of any kind; deletiorious alteration of the
invironment' used for any peaceful purpose that is related to
a...research activity."  specimems gathered, which revealed dur-
ring analysis, as follows:  Suda Monus Floresence, Suda Monus
Organosa, Mico Plasm Incognitis, JP-8 Jet fuel which was out-
lawed by EDB & EPA in 1983, which is highly toxic, contains
Etheline DiBromide.  The spay also contains forty three other
micro organisms and chemicals.  There have been KC135s and KC
10s, military refueling tankers, been spotted over most major
cities throughout the United States, England, Canada, Mexico,
and other countries.  The military planes are U.S..  The chem-
ical spray also contains patnogens, human DNA, polymers, Zinc
Cadium Sulfide, Suda Monus, Mico Plasm Firminton.

Subsequent to the spraying many people complain of various
illnesses, including upper respritory problems, including Pneu-
monia, especially in older persons, muscle and joint aches and
pain, sneezing, cougning, blurred vision.  Hospitals in the
areas of the chemical spraying have been flooded with patients

CONTRAILS, continued

to the point that they have been turning people away.  There
have been a number of deaths reported, especially in England.

   I have personally watched the silver colored military jets
start in the early morning hours and criss cross the skies above
and in the area of FCI Pekin, from horizon to horizon, until
dark.  They many times make Xs, Os and lines as far as the eye
can see.  The aircraft leave contrails, (chemtrails) that do
not disipate in seconds as usual, but spread out into large
clouds and hang in 'the sky for many hours.  What may start
out as a clear day suddenly turns overcast.  When one looks
toward the sun with dark glasses, it appears like an oil slick
with multi colored oil like sbstance around the sun.

   I, personally, have been experiencing severe respiratory
problems, neck, back, arm and leg aches.  I have been chron-
ically fatiqued, congested, with recurring chronic sinus
infections.  I have been watching the spraying for months now
over this area. Have thick mucus, barely draining from sinuses.

   The Center for Disease Control, CDC, in Atlanta, Ga. has or
did have a "Hot Line", 1-800-I Got Flu", however will or would
not accept information unless it was from a particular geograph-
ical area, within certain time frames.

   William Thomas is the investigative reporter that broke the
news about the Gulf War Syndrom and has written books, includ-
ing "Bringing The War Home" and "Scorched Earth".

   There are several theories regarding what the military is
spaying for, the most popular is mass aireal  inoculations
for biological, chemical, germ warfare.  Some think that it
has something to do with depopulation, Cannabis/Hemp eradic-
ation, considering that the U.S. government has spent in excess
of twenty four million dollars to develope a fungus for that
purpose, mass immunization for Anthrax poisoning, etc.

   Another investigator/reporter is Greg Hanford, M.D.

                                     Respectfully

                                     Jimmie D. Kitterman

Case 1:02-cv-00152-DJS   Doc. #: 7   Filed: 01/31/00   Page ...

high lipid solubility, only 10 to 20% of the administered dose reaches the systemic circulation. The large apparent volume of distribution, approximately 10 kg, because of its lipid solubility. The plasma clearance of dronabinol and its metabolites is approximately ...

on phase of dronabinol can be described using ... compartment model with an initial (alpha) half-life of ... hours and a terminal (beta) half-life of 25 to 36 ... cause of its large volume of distribution. dronabinol metabolites may be excreted at low levels for ... riods of time.

Dronabinol undergoes extensive first-pass metabolism, primarily by microsomal hydroxylation yielding both active and inactive metabolites. Dronabinol's principal active metabolite, 11-OH-delta-9-... sent in approximately equal concentrations in concentrations of both parent drug and metabolite approximately 2 to 4 hours after oral dosing and several days. Values for clearance average ... g/hr, but are highly variable due to the combined dronabinol distribution.

Dronabinol and its biotransformation products ... ted in both feces and urine. Biliary excretion route of elimination with about half of a radiolabeled dose being recovered from the feces within 72 hours compared with 10 to 15% recovered from urine ... of an oral dose is recovered unchanged in the ...

... gle dose administration, low levels of dronabinol and ... tes have been detected for more than 5 weeks ... and feces.

Marinol involving AIDS patients, urinary cannabinoid/creatinine concentration ratios were studied ... a six week period. The urinary cannabinoid/ ... tio was closely correlated with dose. No in ... cannabinoid/creatinine ratio was observed ... st two weeks of treatment, indicating that ... annabinoid levels had been reached. This consistent with predictions based on the observed ... -life of dronabinol.

... ulations: The pharmacokinetic profile of ... ot been investigated in either pediatric or ger...

## ... RIALS

... mulation: The appetite stimulant effect of ... abinol) in the treatment of AIDS-related anorexia ... ed with weight loss was studied in a randomized ... blind, placebo-controlled study involving 139 ... initial dosage of Marinol in all patients was 5 ... nistered in doses of 2.5 mg one hour before ... ne hour before supper. In pilot studies, early ... inistration of Marinol appeared to have been ... th an increased frequency of adverse experience ... pared to dosing later in the day. The effect of ... appetite, weight, mood, and nausea was measured at intervals during the six-week treatment ... ffects (feeling high, dizziness, confusion, som-... rred in 13 of 72 patients (18%) at this dosage ... dosage was reduced to 2.5 mg/day, administra-... gle dose at supper or bedtime

... to placebo, Marinol treatment resulted in a ... significant improvement in appetite as measured by a visual analogue scale (see figure). Trends toward im-... weight and mood, and decreases in nausea ...

... ing the 6-week study, patients were allowed to ... tment with Marinol in an open-label study, in ... vas a sustained improvement in appetite.

... top of next column]

Marinol (dronabinol) treatment of chemotherapy-... mesis was evaluated in 454 patients with cancer ... ved a total of 750 courses of treatment of vari-... cies. The antiemetic efficacy of Marinol was ... ients receiving cytotoxic therapy with MOPP ... and non-Hodgkin's lymphomas. Marinol was ... rom 2.5 mg/day to 40 mg/day, administered in ... ed doses every four to six hours (four times ... icated in the following table, dosage increase ... about 7 mg/m[2] increased the frequency of ad-... ces, with no additional antiemetic benefit. ... ow]



**Weeks on Treatment**



Combination antiemetic therapy with Marinol and a phenothiazine (prochlorperazine) may result in synergistic or additive antiemetic effects and attenuate the toxicities associated with each of the agents.

### INDIVIDUALIZATION OF DOSAGES

The pharmacologic effects of Marinol (dronabinol) are dose-related and subject to considerable interpatient variability. Therefore, dosage individualization is critical in achieving the maximum benefit of Marinol treatment.

**Appetite Stimulation:** In the clinical trials, the majority of patients were treated with 5 mg/day Marinol, although the dosages ranged from 2.5 to 20 mg/day. For an adult:

1. Begin with 2.5 mg before lunch and 2.5 mg before supper. If CNS symptoms (feeling high, dizziness, confusion, somnolence) do occur, they usually resolve in 1 to 3 days with continued dosage

2. If CNS symptoms are severe or persistent, reduce the dose to 2.5 mg before supper. If symptoms continue to be a problem, taking the single dose in the evening or at bedtime may reduce their severity.

3. When adverse effects are absent or minimal and further therapeutic effect is desired, increase the dose to 2.5 mg before lunch and 5 mg before supper or 5 and 5 mg. Although most patients respond to 2.5 mg twice daily, 10 mg twice daily has been tolerated in about half of the patients in appetite stimulation studies.

The pharmacologic effects of Marinol are reversible upon treatment cessation.

**Antiemetic:** Most patients respond to 5 mg three or four times daily. Dosage may be escalated during a chemotherapy cycle or at subsequent cycles, based upon initial results. Therapy should be initiated at the lowest recommended dosage and titrated to clinical response. Administration of Marinol with phenothiazines, such as prochlorperazine, has resulted in improved efficacy as compared to either drug alone, without additional toxicity.

**Pediatrics:** Marinol is not recommended for AIDS-related anorexia in pediatric patients because it has not been studied in this population. The pediatric dosage for the treatment of chemotherapy-induced emesis is the same as in adults. Caution is recommended in prescribing Marinol for children because of the psychoactive effects.

**Geriatrics:** Caution is advised in prescribing Marinol in elderly patients because they are generally more sensitive to the psychoactive effects of drugs. In antiemetic studies, no difference in tolerance or efficacy was apparent in patients >55 years old.

### INDICATIONS AND USAGE

Marinol (dronabinol) is indicated for the treatment of:
1. anorexia associated with weight loss in patients with AIDS; and
2. nausea and vomiting associated with cancer chemotherapy in patients who have failed to respond adequately to conventional antiemetic treatments.

### CONTRAINDICATIONS

Marinol (dronabinol) is contraindicated in any patient who has a history of hypersensitivity to any cannabinoid or sesame oil.

--- Right column (partially obscured) ---

... abuse. Physicians and pharmacists should use ... in prescribing and accounting for Marinol ... the morphine, or other drugs controlled under S... (CII) of the Controlled Substances Act. Because of ... diversion, it is recommended that prescriptions be ... the amount necessary for the period between ... Patients receiving treatment with Marinol should ... ically warned not to drive, operate machinery, or ... any hazardous activity until it is established that ... able to tolerate the drug and to perform such ...

### PRECAUTIONS

**General.** The risk/benefit ratio of Marinol (dronabinol) should be carefully evaluated in patients with ... medical conditions because of individual varia... sponse and tolerance to the effects of Marinol ... Marinol should be used with caution in patients ... diac disorders because of occasional hypotension ... hypertension, syncope, or tachycardia (see ... PHARMACOLOGY)

Marinol should be used with caution in patients ... tory of substance abuse, including alcohol abuse ... dence, because they may be more prone to abuse ... well. Multiple substance abuse is common ... which contains the same active compound ... abused substance.

Marinol should be used with caution and care... monitoring in patients with mania, depression ... phrenia because Marinol may exacerbate these ... Marinol should be used with caution in patients ... concomitant therapy with sedatives, hypnotics ... choactive drugs because of the potential for add... ergistic CNS effects

Marinol should be used with caution in pregnant ... nursing mothers, or pediatric patients because ... been studied in these patient populations. Marinol should be used with caution for ... rexia and weight loss in elderly patients with ... they may be more sensitive to the psychoactive ... because its use in these patients has not been ... **Information for Patients:** Patients receiving ... with Marinol (dronabinol) should be alerted ... for additive central nervous system depression ... used concomitantly with alcohol or other ... such as benzodiazepines and barbiturates ... Patients receiving treatment with Marinol ... ically warned not to drive, operate machinery ... any hazardous activity until it is established ... able to tolerate the drug and to perform such ... Patients using Marinol should be advised ... changes in mood and other adverse behavior ... drug so as to avoid panic in the event of ... tions. Patients should remain under the super... sponsible adult during initial use of Marinol ... dosage adjustments

**Drug Interactions:** In studies involving ... and/or cancer, Marinol (dronabinol) has been ... tered with a variety of medications (e.g. ... anti-infective agents, sedatives, or opioids ... out resulting in any clinically significant inter... tions. Although no drug/drug interactions were ... during the clinical trials of Marinol, cannabinoids ... teract with other medications through both ... pharmacodynamic mechanisms. Dronabinol is ... tein bound to plasma proteins, and therefore ... place other protein-bound drugs. Although ... ment has not been confirmed in vivo, prescribers ... monitor patients for a change in dosage ... administering dronabinol to patients receiving ... protein-bound drugs. Published reports of ... actions involving cannabinoids are summarized ... lowing table

| CONCOMITANT DRUG | CLINI... |
|---|---|
| Amphetamines, cocaine, other sympathomimetic agents | Additive hy... tachycardia... cardiotoxic... |
| Atropine, scopolamine, antihistamines, other anticholergic agents | Additive o... tachycardia... |
| Amitriptyline, amoxapine, desipramine, other tricyclic antidepressants | Additive ... hypertension... |
| Barbiturates, benzodiazepines, ethanol, lithium, opioids, buspirone, antihistamines, muscle relaxants, other CNS depressants | Additive ... CNS dep... |

| Marinol Dose: Response Frequency and Adverse Experience* (N = 750 treatment courses) | | | | | |
|---|---|---|---|---|---|
| Response Frequency (%) | | | Adverse Events Frequency (%) | | |
| Complete | Partial | Poor | None | Nondysphoric | Dysphoric |
| 36 | 32 | 32 | 23 | 65 | 12 |
| 33 | 31 | 36 | 13 | 58 | 28 |

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/31/00 by dbraun
                    4:92cr157    USA vs Kitterman


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:      4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.

Daniel Ringwald -  68840          Fax: 314-726-1908
Kenneth Tihen -  6813             Fax: 314-539-7695


SCANNED & FAXED BY:

JAN 3 1 1999

C. L. F.